MARTIN L. WELSH, ESQ.
Nevada Bar No. 8720
MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 9119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
mwelsh@lvlaw.com; L.finchio@nevlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| XEROX CORPORATION, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRICKLE'S INCORPORATED dba Western Mailing Services, a Nevada corporation,<br><br>Defendant. | CASE NO.:  2:16-cv-00175-GMN-CWH<br><br>**STIPULATED JUDGMENT** |

Plaintiff, XEROX CORPORATION (hereinafter "Plaintiff"), by and through its attorneys of record, the Law Office of Hayes & Welsh, and Defendant, TRICKLE'S INCORPORATED dba Western Mailing Services (hereinafter "Defendant"), through its attorneys of record, David J. Winterton & Associates, Ltd., hereby stipulate to a judgment as follows:

IT IS HEREBY STIPULATED that Judgment shall be entered in favor of Plaintiff, and against Defendant in the principal amount of ONE HUNDRED TWENTY-FIVE THOUSAND and 00/100 DOLLARS ($125,000.00), attorneys' fees in the amount of

$10,000.00, costs in the amount of $500.00, and post-judgment interest on the principal balance at the statutory rate from entry of judgment.

This Stipulated Judgment is for money justly due under two equipment Lease Agreements dated February 28, 2005 and July 25, 2006, a Lease Modification entered into on February 26, 2007 ("Agreements) and a Plan of Reorganization confirmed by the bankruptcy court for the District of Nevada (case number 10-17235-mkn) on or about October 25, 2012.

IT IS HEREBY STIPULATED that Plaintiff shall not record or execute upon this judgment and that no collection activity will take place for thirty (30) days from notice of entry of this Judgment. After expiration of that thirty (30) day moratorium, Plaintiff may take any and all legal recourse for collection that is available under this Judgment and the Agreements.

IT IS HEREBY STIPULATED that Plaintiff shall be entitled to an additional award of any attorneys' fees or costs incurred in enforcing and/or executing upon this Stipulated Judgment pursuant to further order of this Court.

IT IS HEREBY STIPULATED that all claims related to Defendant, TRICKLE'S INCORPORATED dba Western Mailing Services, are hereby resolved. A Scheduling Order was filed in this matter on June 16, 2016 (ECF No. 14) and a Joint Status Report listing

...

...

...

...

...

...

...

agreed upon trial dates was filed September 19, 2016 (ECF No. 16).

Dated this 18th day of ~~October, 2016~~ January, 2017.

LAW OFFICES OF HAYES & WELSH

_____
MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
199 N. Arroyo Grande Blvd., Suite 200
Henderson, NV 89074
*Attorneys for Plaintiff*

TRICKLE'S INCORPORATED dba Western Mailing Services

By: Barbara L. Trickle

STATE OF NEVADA     )
                    ) ss.
COUNTY OF CLARK     )

On this 17 day of ~~October, 2016~~ January, 2017, before me, a Notary Public, personally appeared Barbara L. Trickle (name) as President (title) of Trickle's Incorporated dba Western Mailing Services who executed this Stipulated Judgment and acknowledged that s/he executed the same.

JULIE MCNEESE
Notary Public, State of Nevada
Appointment No. 14-15288-1
My Appt. Expires Oct. 10, 2018

_____
Notary Public

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: January 19, 2017